**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELVIN LAMAR OWENS,<br><br>    Defendant. | Case No. 2:19-cr-00302-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 16 |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 18, 2020 at 1:00 p.m., be vacated and continued to August 24, 2020, at 11:00 a.m.

    DATED this 13th day of May, 2020.

    _____
    UNITED STATES DISTRICT JUDGE