UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELVIN LAMAR OWENS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00302-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 18 |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 24, 2020 at 11:00 a.m., be vacated and continued to October 26, 2020, at 10:00 a.m.

　　DATED this 3rd day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3