**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KELVIN LAMAR OWENS,<br><br>  Defendant. | Case No. 2:19-cr-00302-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 22 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, October 27, 2020 at 11:00 a.m., be vacated and continued to February 8, 2021, at 10:00 a.m.

DATED this 23rd day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE