# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>KELVIN LAMAR OWENS,<br><br>      Defendant. | Case No. 2:19-cr-00302-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 24 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, February 08, 2021 at 10:00 a.m., be vacated and continued to March 22, 2021, at 2:00 p.m.

    DATED this 28th day of January 2021.

_____
UNITED STATES DISTRICT JUDGE