UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELVIN LAMAR OWENS,<br><br>　　　　Defendant. | Case No. 2:19-cr-00302-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 30 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, April 13, 2021 at 2:00 p.m., be vacated and continued to May 11, 2021, at 2:00 p.m.

　　DATED this 7th day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE