# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00302-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | ECF No. 32 |
| KELVIN LAMAR OWENS, | |
| Defendant. | |

Based on the parties' stipulation, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 11, 2021 at 2:00 p.m., be vacated and continued to June 24, 2021, at 11:00 a.m.

DATED this 6th day of May 2021.

_____
UNITED STATES DISTRICT JUDGE